AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

DAVID ECKERT

*Plaintiff(s)*

v.

THE CITY OF DEMING, et al.,

*Defendant(s)*

Civil Action No. 13-cv-00727 CG-WPL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OFFICER ROBERT RODRIGUEZ
HIDALGO COUNTY SHERIFF DEPARTMENT
305 PYRAMID ST.
LORDSBURG, NM 88045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOSEPH P. KENNEDY
KENNEDY LAW FIRM
1000 SECOND STREET NW
ALBUQUERQUE, NM 87102
505-244-1400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MATTHEW J. DYKMAN
CLERK OF COURT

Date: Thursday, August 15, 2013

Barbara Ashleigh-Phear
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 13-cv-45555

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Officer Robert Rodriguez**
was received by me on *(date)* **August 23, 2013** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Captain Rodney R. Plowman** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Hidalgo County Sheriff's Department**
on *(date)* **August 27, 2013** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **August 27, 2013**

_____
Server's signature

**Ralph Rios / Private Investigator**
Printed name and title

**3394 Wesley   Las Cruces, NM   88012**
Server's address

Additional information regarding attempted service, etc: