IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID ECKERT,

    Plaintiff,

v.                                 NO: 1:13-CV-00727

THE CITY OF DEMING, DEMING POLICE
OFFICERS BOBBY OROSCO, ROBERT CHAVEZ,
and OFFICER HERNANDEZ, HILDAGO COUNTY;
HILDAGO COUNTY SHERIFF OFFICERS
DAVID ARREDONDO, ROBERT RODRIGUEZ,
and PATRICK GREEN; DEPUTY DISTRICT
ATTORNEY DANIEL DOUGHERTY,
GILA REGIONAL MEDICAL CENTER,
ROBERT WILCOX, M.D. and OKAY H. ODOCHA, M.D.

    Defendants.

## ENTRY OF APPEARANCE

**COMES NOW** McClaugherty & Silver, P.C., by (Tamara R. Safarik) and hereby enters their appearance on behalf of Defendant Robert Wilcox, M.D., in the above-entitled cause of action.

Respectfully submitted,

McCLAUGHERTY & SILVER, P.C.

By:   /s/ *Tamara R. Safarik*
       Tamara R. Safarik
       Post Office Box 8680
       Santa Fe, NM 87504-8680
       (505) 988-8804
       Attorney for Defendant
       Robert Wilcox, M.D.

# CERTIFICATE OF SERVICE

I hereby certify that on this **20th** day of **September 2013**, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing. The Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Joseph P. Kennedy<br>Counsel for Plaintiff<br>jpk@civilrightslawnewmexico.com | Shannon L. Kennedy<br>Counsel for Plaintiff<br>kennedylaw@civilrightslawnewmexico.com |
| Remo E. Gay<br>Counsel for Defendant Okay H. Odacha, M.D.<br>rgay@brownandgay.com | Melissa Brown<br>Counsel for Defendant Okay H. Odacha, M.D.<br>mbrown@brownandgay.com |

       */s/ Tamara R. Safarik*
       Tamara R. Safarik