IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAVID ECKERT,**

      **Plaintiff,**

v.                                                            1:13-CV-00727 CG/WPL

**THE CITY OF DEMING,**
**DEMING POLICE OFFICERS BOBBY**
**OROSCO, ROBERT CHAVEZ,**
**and OFFICER HERNANDEZ;**
**HILDAGO COUNTY; HILDAGO COUNTY**
**SHERIFF OFFICERS DAVID ARREDONDO,**
**ROBERT RODRIGUEZ, and PATRICK GREEN;**
**DEPUTY DISTRICT ATTORNEY**
**DANIEL DOUGHERTY,**
**GILA REGIONAL MEDICAL CENTER,**
**ROBERT WILCOX, M.D.,**
**and, OKAY H. ODOCHA, M.D.**

      **Defendants.**

## PLAINTIFF'S JURY DEMAND

COMES NOW Plaintiff, by and through counsel, and hereby demands a trial by jury, pursuant to Federal Rule of Civil Procedure 38(b).

      Respectfully Submitted,

      **KENNEDY LAW FIRM**

      */s/ Joseph P. Kennedy*
      Joseph P. Kennedy
      Shannon L. Kennedy
      Attorneys for Plaintiff
      1000 Second Street NW
      Albuquerque, New Mexico 87102
      (505) 244-1400 Fax (505) 244-1406

I hereby certify that I served the above pleading on all parties on the day of its filing by electronically filing it with the CM/ECF system.

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy