# RETURN AND INVENTORY

I received the attached search warrant on  September 7 ,2012
and executed it on  September 7th , 2012, at  0200  o'clock (a.m.)(p.m.)

I searched the person or premises described in the warrant and I left a copy of the warrant with  1998 Dodge pickup truck VIN# 3B7KC26Z9WM274255 Bearing NM JGS311
(name the person searched or owner at the place of search)

The following is an inventory of property taken pursuant to the warrant: (attach separate inventory if necessary.)

*NO CONTRABAND FOUND, NO PROPERTY SEIZED. VEHICLE RETURNED TO OWNER AS ORDERED BY JUDGE JC ROBINSON*

This inventory was made in the presence  Agent S. Esquivel
(name of applicant for search warrant)

and  Agent Louis Tavizon
(name of owner of premises or property. If not available, name of other credible)

_____
(person witnessing the inventory)

This inventory is a true and detailed account of all the property taken pursuant to the warrant.

_____
Signature of Officer

_____
Signature of owner of property or other witness

Return made this____day of_____,20___ at_____(a.m.) (p.m.)

_____
Judge or Clerk

After careful search I could not find at the place, or on the person described the property described in this warrant.

_____        _____
Date                                   Officer
White – Court Copy    Yellow – Defendant Copy    Pink – Service Copy

Approved:   Supreme Court, October 1, 1974; amended October 1, 1976 and July 1, 1980.
Criminal Form 9-214                                    Page 2 of 2


PLAINTIFF'S EXHIBIT 1