# RETURN AND INVENTORY

I received the attached search warrant on October 13th, 2012
and executed it on October 13th, 2012, at 0300 o'clock (a.m.)(p.m.)
I searched the person or premises described in the warrant and I left a copy of the warrant with TIMOTHY W. YOUNG

(name the person searched or owner at the place of search)

The following is an inventory of property taken pursuant to the warrant: (attach separate inventory if necessary.)

Nothing seized, nothing located

SW 12-14

This inventory was made in the presence Deputy Javier Peru
(name of applicant for search warrant)

and Agent Patrick Green
(name of owner of premises or property. If not available, name of other credible)

(person witnessing the inventory)

This inventory is a true and detailed account of all the property taken pursuant to the warrant.

_____
Signature of Officer

J. Peru
Signature of owner of property or other witness

Return made this 15th day of Oct, 2012 at 10:47 (a.m.)
(p.m.)

Martina Elias
Judge or Clerk

After careful search I could not find at the place, or on the person described the property described in this warrant.

_____        _____
Date                          Officer
White – Court Copy        Yellow – Defendant Copy        Pink – Service Copy

Approved: Supreme Court, October 1, 1974; amended October 1, 1976 and July 1, 1980.
Criminal Form 9-214

Page 2 of 2


PLAINTIFF'S EXHIBIT 2