# Diploma of Graduation

Name of Dog **Luis Duffmar**
Breed **German Shepherd Dog**
D.O.B. **1.28.2010**   Sex **Male**
Owned by **Hidalgo Co. NM c/o Patric Austin Green**

having completed satisfactorily and according to the standart judging requirements,

the COURSE OF **K9 Handlers course 2 days**
conducted by:
ALPINE SAFETY K-9 INTERNATIONAL ACADEMY, we hereby award and present this certificate of accomplishment in evidence of having passed all requirements and having distinguished itself as an outstanding ~~dog~~ handler

Signed and awarded this **16th** day of **Jan 2011**
at **Alpine K9 academy**
state of **Arizona, USA**

By [signature] the owner and trainer.

PLAINTIFF'S EXHIBIT 3