STATE OF NEW MEXICO
# CORRECTIONS DEPARTMENT
Central Office Administration: 4337 State Road 14, Santa Fe, New Mexico 87508
Post Office Box 27116, Santa Fe, NM 87502-0116
Main Number (505) 827-8600  Fax (505) 827-8533
www.corrections.state.nm.us

Susana Martinez, Governor
John Sanchez, Lt. Governor

Lupe Martinez
Secretary of Corrections (505) 827-8884
Jolene M. Gonzales
Deputy Secretary of Administration/CFO (505) 827-8667



| | |
|---|---|
| Administrative Services | (505) 827-8601 |
| Adult Prisons | (505) 827-8767 |
| Corrections Industries | (505) 827-8597 |
| General Counsel | (505) 827-8698 |
| Information Technology | (505) 827-8713 |
| Probation and Parole | (505) 827-8830 |
| Reentry & Prison Reform | (505) 827-8509 |
| Training Academy | (505) 827-8900 |

TO:     Patrick Green & K-9 Leo

FROM:   Anthony Ramon, K-9 Master Trainer

DATE:   April 27, 2011

RE:     Letter of Completion of 2011 K-9 Narcotic Detection Certification Course & Handler Protection Course

Dear Canine Officer Patrick Green & K-9 Leo:

Congratulations on successfully completing the State of New Mexico Corrections Department 2011 K-9 Narcotic Detection & Handler Protection Course.

Your dedication, determination and self-discipline are noteworthy. I'm sure that you will enjoy the rewards from doing a job well done in a profession that requires your best.

The certificates that you and your canine have earned are based on the following criteria.

K-9 Certification in:
- Narcotic Detection with a >95% accuracy in each odor identification of Marijuana, Hydroponic Marijuana, Cocaine, Heroin, Methamphetamines, and Ecstasy
- Narcotic Detection in the following disciplines: Open Area, Vehicle Searches, Traffic Interdiction Stops, Building Searches (Day & Nights)
- Handler Protection On and Off Leash Exercises
- Pending Patrol/ Apprehension- Recall- Clean Out- Find & Bark
- Pending Tracking/ Man Trailing

Sincerely,

Anthony Ramon
NMCD K-9 Master Trainer

Timothy Young IPRA Response

PLAINTIFF'S EXHIBIT 4