-------- Original Message --------
Subject: Response to IPRA request of October 1, 2013 regarding Patrick Green and K-9 Unit "Leo"
From: "Earl, Catherine, NMCD" <Catherine.Earl@state.nm.us>
Date: Thu, October 10, 2013 7:37 am
To: "kes@civilrightslawnewmexico.com" <kes@civilrightslawnewmexico.com>

Ms. Stimpson:

I have verified with both STIU and Human Resources that Patrick Green is not nor ever has been an employee of NMCD. Leo the dog is not nor ever has been owned by NMCD. While Mr. Green and the dog may have received training at NMCD from a former K-9 trainer, we have no documents showing such training. We have no responsive documents or records. The Department considers this IPRA request is now closed.

Catherine Earl
IPRA Paralegal
Office of General Counsel
NMCD
P.O. Box 27116
Santa Fe, NM 87502
505-827-8719

NOTICE
The documents and message accompanying this transmission contains information that is attorney from the Office of General Counsel, NM Corrections Dept. The information is intended only for use by the individual or entity to which this transmission has been addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, action, or reliance upon the contents of the documents and message is strictly prohibited, and is intended solely for the use of the individual(s) or entity to whom it is addressed. If you are not the intended recipient or received these documents by mistake or error, please contact this office for instructions on its destruction or return.



PLAINTIFF'S EXHIBIT 5