# CORRECTIONS ACADEMY TRAINING CERTIFICATE

### STATE OF NEW MEXICO CORRECTIONS DEPARTMENT
### SANTA FE, NEW MEXICO

*This is to certify that*

**Patrick Green & K-9 Luis "Leo" Duffmar**

*has successfully completed*

**New Mexico Corrections Department**
**K-9 Narcotics Detection**
(Expires April 27, 2012)

On this  27th  day of  April, 2011.

_____
NMCA Deputy Director of Training Academy

_____
NMCD K-9 Master Trainer/Instructor

_____
STIU Administrator/Manager

*ACA Accredited Academy – 1st In The Nation*

Timothy Young/IPRA Response

**PLAINTIFF'S EXHIBIT 6**