**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVID ECKERT,

      Plaintiff,

v.                                      No. 13-CV-00727 CG/WPL

THE CITY OF DEMING; DEMING POLICE
OFFICERS BOBBY OROSCO, ROBERT
CHAVEZ, and OFFICER HERNANDEZ;
HILDAGO COUNTY; HILDAGO COUNTY
SHERIFF OFFICERS DAVID ARREDONDO,
ROBERT RODRIGUEZ, AND PATRICK GREEN;
DEPUTY DISTRICT ATTORNEY DANIEL
DOUGHTERY; GILA REGIONAL MEDICAL
CENTER; ROBERT WILCOX, M.D. and
OKAY ODOCHA, M.D.,

      Defendants.

## **NOTICE OF IMPENDING REASSIGNMENT**

Pursuant to FED. R. CIV. P. 73(b)(2), the parties are reminded that the undersigned was assigned as presiding judge in this matter, pursuant to 28 U.S.C. §636(c). One or more of the parties has yet to file written consent or refusal to consent.

The parties are advised that this matter will be reassigned to a district court judge as presiding judge within ten (10) days if written consents from all parties have not been filed.

The parties are free to withhold consent. No adverse substantive consequences will result from any party's failure or refusal to consent.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE