IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID ECKERT,

    Plaintiff,

v.                                                          CV 13-727 CG/WPL

CITY OF DEMING, et al.,

    Defendants.

## ORDER OF TELEPHONIC SETTING

**MATTER TO BE HEARD:**                 Status Conference

**DATE AND TIME OF HEARING:**       November 14, 2013, at 2:30 p.m.

**The parties will call the Court's AT&T Conference Service line at (888) 808-6929. The access code is 9087772.** It is recommended that a reliable long-distance carrier be used to ensure sound quality.

_____
William P. Lynch
United States Magistrate Judge