# HIDALGO COUNTY SHERIFF'S OFFICE




Sheriff: *Saturnino Madero*

720 EAST 2ND STREET
LORDSBURG, NEW MEXICO 88045
PHONE: (575) 542-3833

November 13, 2012

RE: **Authentication of Records**

To Whom It May Concern:

This letter is issued to certify the attached documents, identified as:

(1) K-9 Narcotic Detection Training Log for K-9 Leo/Handler Pat Green dated March 29, 2011 to August 22, 2013 (ten pages);

(2) K-9 Deployment Log for K-9 Leo dated April 30, 2011 to August 22, 2013 (six pages);

(3) Certification Record of Narcotics Training for K-9 Louis Leo Duffmeyer dated July 22, 2012;

(4) Certification Record of Narcotics Training for Leo Duffmeyer dated September 2, 2011;

(5) Letter of Completion of 2011 K-9 Narcotics Detection Certification Course and Handler Protection Course dated April 27, 2011 (one page);

(6) Diploma of Graduation for Louis Leo Duffmeyer dated January 16, 2011 (one page);

(7) Corrections Academy Training Certificate for Patrick Green and K-9 Leo Duffmeyer regarding handler protection dated April 27, 2011;

(8) Training Certificate for Patrick Green and K-9 Louis Leo Duffmeyer regarding K-9 narcotics detection dated April 7, 2011 (one page);

(9) Patrick Green 40 hour basic K-9 Handler Course dated June 25, 2010 (one page); and

(10) Patrick Green and K-9 Gyra Certification of narcotics detection dated June 28, 2010.

Each document has been examined for accuracy and duplication and has remained unaltered from their original states.

EXHIBIT C

# HIDALGO COUNTY SHERIFF'S OFFICE




Sheriff: *Saturnino Madero*

**720 East 2nd Street
Lordsburg, New Mexico 88045
Phone: (575) 542-3833**

Each attached document is authenticated in accordance with Rule 902(2)(A)–(B) of the Federal Rules of Evidence. Please contact me directly if you have any additional questions.

Sincerely,

*Calista Kerr*

CALISTA KERR,
Executive Secretary/Records Custodian
Hidalgo County Sheriff's Department
213 E 2nd St
Lordsburg, NM 88045
(575) 542-3833

:

EXHIBIT C

CANINE NARCOTIC DETECTION TRAINING LOG

HANDLER: Pat Green  
CANINE: Leo (Lwis)

| DATE | TYPE OF SEARCH | NARC/APPROX WT. | LOCATION | ALERT | FINDS | COMMENTS |
|---|---|---|---|---|---|---|
| 3/29/11 | Obedience | N/A | NMCA | N/A | N/A | Obedience Training down/sit/stay - did well - no issues |
| 3/29/11 | Close Qtrs/Socialization | N/A | NMCA-Prison | N/A | N/A | Close Quarters training in 3 cell blocks containing 20+ inmates in each - Did well No issues |
| 3/29/11 | Obedience/Socialization | N/A | NMCA-Prison | N/A | N/A | Down/sit/stay - Did well Close Quarters - Did well |
| 3/30/11 | Socialization - 5 K9's and handlers | | | | | |
| 3/30/11 | Obedience | | | | | Down/sit/stay. Did well |
| 3/30/11 | Obedience - worked on Stay and Control issues while Man with Bite sleeve walked by. Leo did very well and was able to stay until instructed, 10 passes made | | | | | |
| 3/30/11 | Vehicle stop - 36g MJ | | R/R fender | 1 | 1 | fender well - no issues |
| 3/30/11 | Vehicle | 36g MJ | R/R Fender | 1 | 1 | Fender well - no issues |
| 3/30/11 | Vehicle | 36g MJ | R/R fender | 1 | 1 | Fender well - no issues |
| 3/30/11 | bldg | 36g MJ | 2' High box | 1 | 1 | bottom of 2' High box |
| 3/30/11 | bldg | 36g MJ | 2' High box | 1 | 1 | " |
| 3/30/11 | bldg | 36g MJ | 2' High box | 1 | 1 | " |
| 3/30/11 | bldg | 10g meth | mattress | 1 | 1 | Upright Mattress @ bottom 3" |
| 3/30/11 | bldg | 10g meth | Mattress | 1 | 1 | " |
| 3/30/11 | bldg | 10g meth | mattress | 1 | 1 | " |
| 3/30/11 | bldg | 14g coc | High-Cabinet | 1 | 1 | High Cabinet 6' High top shelf |

EXHIBIT C

CANINE NARCOTIC DETECTION TRAINING LOG

HANDLER: Pat Green
CANINE: Leo (Lewis)

| DATE | TYPE OF SEARCH | NARC/APPROX WT. | LOCATION | ALERT | FINDS | | COMMENTS |
|---|---|---|---|---|---|---|---|
| 3/30/11 | bldg | 14g coc | High cabinet | 1 | 1 | High | cabinet 6' high top shelf |
| 3/30/11 | bldg | 14g coc | High cabinet | 1 | 1 | high | cabinet 6' high top shelf |
| 3/30/11 | bldg | 14g heroin | box on floor | 1 | 1 | 3" | box on floor 3" from floor |
| 3/30/11 | bldg | 14g heroin | box on floor | 1 | 1 | 3" | " |
| 3/30/11 | bldg | 14g heroin | box on floor | 1 | 1 | 3" | " |
| 3/30/11 | bldg | 22g ecstasy | 5 gallon bkt | 1 | 1 | 2'H | 5 gallon bucket with lid |
| 3/30/11 | bldg | 22g ecstasy | 5 gal bucket | 1 | 1 | 2'H | " |
| 3/30/11 | bldg | 22g ecstasy | 5 gal bucket | 1 | 1 | 2'H | " |
| 3/31/11 | bldg | 36g Marijuana | diff boxes | 15 | 15 | 2'H | Various box placement - No issues |
| 3/31/11 | bldg | 36g Marijuana | boxs + shelf | 15 | 15 | 2' to 6' | Various box's + shelfs - no issues |
| 3/31/11 | bldg | 14g cocaine | box's | 5 | 5 | 2' to 6' | Various Placements - Having diff w/odor |
| 3/31/11 | bldg | 30g cocaine | box's | 10 | 10 | 0-6' | Ball + odor and mixed, diff but found all |
| 3/31/11 | Field | 36g Marijuana | Field | 3 | 3 | Hidden | Hidden ground to 4' - No issues |
| 5/21/11 | Vehicle | 3.0g meth | Seat frame | 1 | 1 | 1'6" | Interior vehicle |
| 5/21/11 | Vehicle | 2.5g BTH | 1st Aid kit | 1 | 1 | 3'6" | Interior vehicle |
| 5/21/11 | Vehicle | 11g coc | lowboy Trlr | 1 | 1 | 3'1" | vehicle exterior |
| 5/21/11 | Field | 199.5g BTH | Pipe Tube | 1 | 1 | 2'2" | Field search |
| 5/21/11 | Field | 54g MJ | Wood pile | 1 | 1 | GL | Wood pile |
| 6/13 | Vehicle | 2.5g BTH | sidebox | 1 | 1 | 5'8" | sidebox on truck |
| 6/13 | Vehicle | 3.0g meth | Framerail | 1 | 1 | 1'6" | inside frame - veh ex. |

EXHIBIT C

CANINE NARCOTIC DETECTION TRAINING LOG

HANDLER: Pat Green  
CANINE: Leo (2011)

| DATE | TYPE OF SEARCH | NARC/APPROX WT. | LOCATION | ALERT | FINDS | | COMMENTS |
|---|---|---|---|---|---|---|---|
| 6/13 | Vehicle | 105g coc | eng. comp. | 1 | 1 | 3' 5' 6" | Mower - in engine comp. |
| 6/13 | Vehicle | 54g MJ | Driver Door | 1 | 1 | 5' 6" | Loader - Driver door |
| 6/13 | Vehicle | 239g MJ | P/u Toolbox | 1 | 1 | 4' 2" | P/u Toolbox |
| 7/6 | Vehicle | .1g MJ | P/u Truck | 1 | 1 | Veh. | Small amt of MJ seeds + ash |
| 7/7 | Vehicle | 4.15 oz Meth | veh. ext. | 1 | 1 | V-ex. | V-ext. 4.15oz meth (BDTF-2011-129) |
| 7/13 | Field | 1lb MJ | incidental | 1 | 1 | GL | Incidental GL |
| 7/13 | Vehicle | 1lb MJ | incidental | 1 | 1 | 3' 1' | Incidental in P/u bed |
| 7/13 | Vehicle | Blank | Blank | 1 | 0 | — | False prof. - waited him out |
| 7/13 | Vehicle | Blank | Blank | 0 | 0 | — | No issues |
| 7/13 | Vehicle | Blank | Blank | 1 | 0 | — | False prof. - waited out |
| 7/13 | Vehicle | 1lb MJ | Bed of truck | 1 | 1 | 3' 1" | Full indication w/turn/bo issues |
| 7/21 | Area | .9lb MJ | incidental | 1 | 1 | 1' 0" | " " |
| 7/27 | Area | .9lb MJ | incidental | 1 | 1 | 3' 1" | in truck bed - full ind. out turn |
| 7/29 | Luggage | 200g meth | Pkg lot | 1 | 1 | 6" GL | Soft luggage |
| 7/29 | Luggage | 115g coc | Pkg lot | 1 | 1 | 6" GL | Hard side luggage |
| 7/29 | Luggage | 199.5g BTH | Pkg lot | 1 | 1 | 6" GL | Hard side luggage |
| 7/29 | Vehicle | 553g MJ | side box | 1 | 1 | 3' 1" | tractor - side box |
| 7/29 | Vehicle | 3.2g coc | Front | 1 | 1 | 3' 1" | Tractor front |
| 7/29 | Vehicle | 199.5g BTH | rear hitch | 1 | 1 | 2' 2" | Dodge rear bumper |
| 8/25 | Vehicle | 1 kilo MJ | Glovebox | 1 | 1 | 2' 2" | Glove box - Truck |

EXHIBIT C

# CANINE NARCOTIC DETECTION TRAINING LOG

HANDLER: Pat Green
CANINE: Leo

| DATE | TYPE OF SEARCH | NARC/APPROX WT. | LOCATION | ALERT | FINDS | | COMMENTS |
|---|---|---|---|---|---|---|---|
| 8/29/11 | Vehicle | 60 lbs MJ | behind TF body cab | 1 | 1 | 3' | BDTF case #11-145 |
| 8/31/11 | Luggage | 200g Meth | NMSP-dem | 1 | 1 | GL | GL stop from Hwy 7 |
| 8/31/11 | Luggage | 54g MJ | NMSP-dem | 1 | 1 | GL | GL Luggage - no issues |
| 8/31/11 | Luggage | 119g BTH | NMSP-dem | 1 | 1 | GL | GL Luggage - no issues |
| 8/31/11 | tires | 199.5g BTH | Hwy dept-dem | 1 | 1 | GL 10" | GL Luggage - no issues |
| 8/31/11 | tires | 2.5g coc | Hwy dept-dem | 1 | 1 | 4' 6" | Had to present H/H |
| 8/31/11 | Forklift | 2.5g meth | Hwy dept-dem | 1 | 1 | 4,5',6" | Worked on climbing tires H/H |
| 9/2/11 | Vehicle #1 | MJ | NCF | 1 | 1 | 2' | Forklift High Food H/H |
| 9/2/11 | Vehicle | cocaine | NCF | 1 | 1 | 2' 6" | L/r toolight |
| 9/2/11 | Vehicle | meth | NCF | 1 | 1 | 3' | R/r trunk bed |
| 9/2/11 | Vehicle | Heroin | NCF | 1 | 1 | 3' | Bus - Fuel Door |
| 9/2/11 | Vehicle | Blank | NCF | 1 | 0 | — | Hoof broken box H,G Fuel |
| 9/2/11 | Luggage | 1 kilo coc | H-Sub Lugage | 1 | 1 | E/GL | Falsed |
| 9/2/11 | Luggage | 230g MJ | sft sid Lts | 1 | 1 | E/GL | Hardsided Luggage |
| 9/2/11 | Luggage | 119g BTH | Hardsided LG | 1 | 1 | E/GL | Soft sided Luggage |
| 9/5/11 | Field | 2 lbs MJ | stockyard | 1 | 1 | H/16,5' | Hardsided Luggage |
| 9/19/11 | VxT | 10g coc | Sofa box | 1 | 1 | E/E | Longline Field search - no issues |
| 9/19/11 | " | 119g coc | Floorboard | 1 | 1 | H/E | 2' 6" |
| 9/19/11 | " | 2.5g BTH | Gas cap | 1 | 1 | E/E | 6' 6" |
| 9/19/11 | " | 200g Meth | Frame | 1 | 1 | E/E | 2' 1" |
| | | | | | | | 1' 6" |

EXHIBIT C

# CANINE NARCOTIC DETECTION TRAINING LOG

HANDLER: Pat Green 2011/2012  
CANINE: Leo

| DATE | TYPE OF SEARCH | NARC/APPROX WT. | LOCATION | ALERT | FINDS | | COMMENTS |
|---|---|---|---|---|---|---|---|
| 9/14/11 | Sit drills | 3# MJ | kennels | 1 | 1 | E/E | accesses into source |
| 10/7/11 | W&tear | 1.5 lb MJ | 50 ft scrub | 1 | 1 | E/E | GL 4'5.5" |
| 10/7/11 | W&tear | 800g Meth | 50 ft s.u. | 1 | 1 | E/E | GL " " |
| 10/7/11 | W&tear | 1 kilo coc | harbush | 1 | 1 | E/E | GL 1'1" |
| 10/7/11 | bldg | 2.5g coc | I-beam | 1 | 1 | H/H | 5' 6" |
| 10/7/11 | bldg | 30g BTH | Pvc Tube | 1 | 1 | E/E | 4' 3" |
| 10/7/11 | bldg | 549g MJ | in Tire | 1 | 1 | E/E | GL 4" |
| | | | | | | | |
| 11/29/11 | Vehicle | 1160lb MJ | Hwy dept admin | 1 | 1 | E/E | in rear of Hummer 4'3' exterior |
| 01/03/12 | Vehicle | 2.5g MJ | Hwy dept - Omb | 1 | 1 | E/E | 4'/1' Pk bedwall |
| 1/3/12 | Vehicle | 3.0g meth | Hwy dept - Omb | 1 | 1 | E/E | 1'/6" Flatbed Frame |
| 1/3/12 | Vehicle | 1 kilo coc | Hwy dept - Omb | 1 | 1 | E/E | 3'/1' Truck Toolbox |
| 1/3/12 | Vehicle | 92.5g BTH | Hwy dept - Omb | 1 | 1 | E/E | 5'/2' cab of blade |
| 1/18/12 | Area | 1 kilo coc | Hwy dept - LC | 1 | 1 | H/H | GL under object |
| 1/18/12 | Area | 239g MJ | Hwy dept - LC | 1 | 1 | H/H | High find - 12ft+ and buried |
| 2/3/12 | Vehicle | 2 lbs MJ | HCSO | 1 | 1 | E/E | Across pkg lot on trailer |
| 2/3/12 | Vehicle | 2 lbs MJ | HCSO | 1 | 1 | E/E | ATV on trailer |
| 2/10/12 | Vehicle | 20 lbs coc | BDTF | 1 | 1 | E/E | Dash/firewall 10in Ø by B. Johnston |
| 3/9/12 | Vehicle | 54g MJ | Hwy dept Dept. | 1 | 1 | E/E | eng compt - Tractor 4' 4" |

EXHIBIT C

# CANINE NARCOTIC DETECTION TRAINING LOG

HANDLER: Pat Green
CANINE: Leo
2012

| DATE | TYPE OF SEARCH | NARC/APPROX WT. | LOCATION | ALERT | FINDS | | COMMENTS |
|---|---|---|---|---|---|---|---|
| 3/9/12 | Vehicle | 3g meth | Hwy dept-Dem | 1 | 1 | H/E | behind Fire Ext. Hgt Ad 5'3" |
| 3/9/12 | Vehicle | 200g meth | Hwy dept-Dem | 1 | 1 | E/E | Utility truck 1'2" |
| 3/9/12 | Vehicle | 119g coc | Hwy dept-Dem | 1 | 1 | E/E | 1'2" trailer hitch |
| 3/9/12 | Vehicle | 3g BTH | Hwy dept-Dem | 1 | 1 | N/N | 5'2" Eng Compt. tract. |
| 3/9/12 | Vehicle | 119.5g BTH | Hwy dept-Dem | 1 | 1 | E/E | 3'1" back hoe |
| 3/11/12 | Vehicle | 567.5 lbs MJ | HCSO Admin | 1 | 1 | E/E | 1997 F-250 bed+cab loaded DR 12/62 |
| 3/22/12 | bldg | 2.5g MJ | Anthony PoE | 1 | 1 | E/E | Aircleaner on Compressor 2'6" |
| 3/22/12 | bldg | 2.5g BTH | Anthony PoE | 1 | 1 | E/E | In coke machine 2'10" |
| 3/22/12 | bldg | 76.0g meth | Anthony PoE | 1 | 1 | E/E | Under traffic cone GL 6" |
| 3/22/12 | Vehicle | 119g coc | Anthony PoE | 1 | 1 | E/E | 2009 Trailer door 3'2" |
| 3/22/12 | Vehicle | 9.5 BTH | Anthony PoE | 1 | 1 | E/E | Trailer Toolbox 1'6" |
| 4/10/12 | Bldg | 2.10z meth | Louisburg Police Dept | 1 | 1 | E/E | Seizure from LPD 2.10z meth |
| 4/17/12 | Vehicle | 2.5g MJ | Hwy dept-Dem | 1 | 1 | E/E | Trailer Axle 2'0" |
| 4/17/12 | Vehicle | 119g coc | Hwy dept-Dem | 1 | 1 | E/E | Truck box 5'6" |
| 4/17/12 | Vehicle | 76.5g Meth | Hwy dept-Dem | 1 | 1 | E/E | Eng comp. block 5'6" |
| 4/17/12 | Vehicle | 2.5g BTH | Hwy dept-Dem | 1 | 1 | E/E | Fender fender from 2'0" |
| 5/7/12 | Vehicle | 3.0 lb MJ | HCSO | 1 | 1 | E/E | Incidental |
| 5/7/12 | Vehicle | 1 gram Meth | HCSO | 1 | 1 | E/E | Incidental |
| 5/29/12 | Vehicle | 3.0 lb MJ | HCSO | 1 | 1 | E/E | Incidental |
| 5/29/12 | Vehicle | 1 gram Meth | HCSO | 1 | 1 | E/E | Incidental |

EXHIBIT C

# CANINE NARCOTIC DETECTION TRAINING LOG

HANDLER: Pat Green 2012 2012  
CANINE: Leo

| DATE | TYPE OF SEARCH | NARC/APPROX WT. | LOCATION | ALERT | FINDS | | COMMENTS |
|---|---|---|---|---|---|---|---|
| 6/11/12 | vehicle | 3.0 lb MJ | Neso | 1 | 1 | E/E | Incidental |
| 6/15 | VxT | 54g MJ | Dem Hwy dept | 1 | 1 | E/E | Tractor Engine 3' 2" |
| 6/15 | VxT | 11.5g coc | Dem Hwy dept | 1 | 1 | E/E | Toolbox 4' 2" |
| 6/15 | VxT | 3.0g meth | " | 1 | 1 | E/E | Van bumper 1' 0" |
| 6/15 | VxT | 199g BTH | " | 1 | 1 | E/E | Toolbox 1' 2" |
| 6/15 | VxT | — | " | 0 | 0 | — | Vehicle blank |
| 6/26 | VxT | $24,000 | I-10 mm 20 | 1 | 1 | G/G | Asst LPD Pa traffic |
| 7/2/12 | VxT | 3.0 lb MJ | Neso | 1 | 1 | E/E | Incidental |
| 7/2/12 | VxT | 3.0g meth | Neso | 1 | 1 | E/E | Incidental |
| 7/22/12 | bldg | 1oz meth | Bayard | 1 | 1 | E/E | File cabinet |
| 7/22/12 | bldg | odor-coc | Bayard | 1 | 1 | E/E | incidental - shelf |
| 7/22/12 | bldg | 1oz coc | Bayard | 1 | 1 | E/E | in Box |
| 7/22/12 | bldg | 11.5g Heroin | Bayard | 1 | 1 | E/G | Shelf 3' x 3" |
| 7/22/12 | bldg | odor-opium | Bayard | 1 | 1 | E/G | Serving Tray |
| 7/22/12 | bldg | 1oz MJ | Bayard | 1 | 1 | E/E | Wash room GL 1' |
| 7/22/12 | bldg | blank | hall bldg | 0 | 0 | E/E | Blank |
| 7/22/12 | bldg | 1oz coc | Bayard | 1 | 1 | E/E | Locker 3' 4" |
| 7/22/12 | Field | odor-coc | Bayard | 1 | 1 | N/N | in tree 7' high |
| 7/22/12 | Veh | BTH meth 1oz | Silver city | 1 | 1 | E/E | Van Ext. |
| 7/22/12 | Veh | 1oz MJ | Silver city | 1 | 1 | E/E | Alert from Ext. Int load. |

EXHIBIT C

# CANINE NARCOTIC DETECTION TRAINING LOG

HANDLER: Pat Green 2012 2012
CANINE: Leo

| DATE | TYPE OF SEARCH | NARC/APPROX WT. | LOCATION | ALERT | FINDS | | COMMENTS |
|---|---|---|---|---|---|---|---|
| 8/14/12 | Bldg | 76.5g meth | EBID | 1 | 1 | E/E | In corner 1'/6" |
| 8/14/12 | Bldg | 2.3g BTH | EBID | 1 | 1 | N/H | High Awl 5' 1½' Steel rack |
| 8/14/12 | Bldg | 35.5g coc | EBID | 1 | 1 | E/E | G/L 10" Pallet |
| 8/14/12 | Bldg | 2.5g MJ | EBID | 1 | 1 | E/H | 6' 1½" Tire rack |
| 8/29/12 | VxT | 3.2g coc | Heyday-Dem | 1 | 1 | E/E | 1' 6" Front Seat |
| 8/29/12 | VxT | 20.9g meth | Heyday-Dem | 1 | 1 | A/H | 4½'/10" door sill |
| 8/29/12 | VxT | 92.5g BTH | " " " | 1 | 1 | E/H | Eng comp 5'/2' |
| 8/29/12 | VxT | 2.9g MJ | " " " | 1 | 1 | E/E | Offleash Tract Rear 4½'/6" |
| 9/13/12 | Bldg | 1 kilo coc | Anthony Poe | 1 | 1 | E/E | Bldg Search - in luggage |
| 9/13/12 | VxT | 76.5g meth | Anthony Poe | 1 | 1 | E/E | Trailer Frame 2' 6" |
| 9/13/12 | VxT | 2.5g BTH | Anthony Poe | 1 | 1 | A/E | Trailer Fender 3' 6" |
| 9/13/12 | VxT | 2.5g MJ | Anthony Poe | 1 | 1 | H/H | Trailer Floor 4.5' 2" Wsh |
| 10/12/12 | VxT | 154 lbs MJ | Leaddog Poe | 1 | 1 | E/E | MTD Alvarez bed |
| 10/12/12 | VxT | 3.0g meth | LPD | 1 | 1 | E/E | Frame B.g P/u 3'/6" |
| 10/12/12 | VxT | 119g coc | LPD | 1 | 1 | E/E | Firetruck L/F door box 3' 10" |
| 10/12/12 | VxT | blank | LPD | 0 | 0 | — | — |
| 10/12/12 | VxT | 19g BTH | LPD | 1 | 1 | E/H | Side Panel Ladder truck 4'/10" |
| 10/12/12 | bldg | 3.5g MJ | LPD | 1 | 1 | E/E | closed door of wood cabinet 6'/1' |
| 11/9/12 | VxT | 3g BTH | Pipe | 1 | 1 | N/H | 3'/10" |
| 11/9/12 | Vint | 35.5g coc | Vint Door | 1 | 1 | E/H | 5'/1' |

EXHIBIT C

# CANINE NARCOTIC DETECTION TRAINING LOG

HANDLER: Pat Green  
CANINE: Leo

| DATE | TYPE OF SEARCH | NARC/APPROX WT. | LOCATION | ALERT | FINDS | | COMMENTS |
|---|---|---|---|---|---|---|---|
| 11/8/12 | VXT | 239g MJ | Sidebox | 1 | 1 | E/E | 5' 11" |
| 11/8/12 | VXT | 3.5g Meth | Under dash | 1 | 1 | N/E | 1' 6" |
| 11/8/12 | VXT | 3 blanks | — | — | — | — | — |
| 11/21/12 | VXT | 2.5g MJ | Dashboard | 1 | 1 | E/E | 5"/1" 1'/1' |
| 11/21/12 | VXT | 200g meth | Drivers door | 1 | 1 | E/H | 5'/1' |
| 11/21/12 | VXT | 2.5g BTH | Sidebox | 1 | 1 | E/E | 3'/1" |
| 11/21/12 | VXT | 1410 coc | Truck bed | 1 | 1 | E/E | Open Area Search 5'/12' |
| 1/9/13 | W-house | 2.5g coc | I-beam 1st coat | 1 | 1 | E/H | 4'/1' |
| 1/9/13 | " | 3.0g meth | I-beam 2nd stage | 1 | 1 | H/H | 4'/10" |
| 1/9/13 | " | 199g BTH | Tire Stack | 1 | 1 | E/E | GL/6" |
| 1/9/13 | " | 3.5g BTH | #Nola Barrel | 1 | 1 | N/N | GL/1" |
| 3/21/13 | VXT | 2.5g BTH | Block Engine | 1 | 1 | E/E | 5' 2" demins |
| 3/21/13 | VXT | 119g coc | Sidebox | 1 | 1 | E/H | 3' 6" |
| 3/21/13 | VXT | 105 coc | Gen. Trailer | 1 | 1 | E/E | — |
| 3/21/13 | VXT | 199g Meth | Luggage | 1 | 1 | E/E | Ground level |
| 4/18/13 | VXT | 119g coc | Luss on Flatbed | 1 | 1 | E/H | Luggage on Flatbed 3' 10" |
| 4/18/13 | VXT | 200g meth | Luggage | 1 | 1 | E/E | GL/6" |
| 4/18/13 | VXT | 3.5g Meth | Trlr Frame | 1 | 1 | E/E | 3' 10" |
| 4/18/13 | VXT | 3g BTH | Trlr Bumper | 1 | 1 | E/E | 4' 0" |
| 7/25/13 | Industrial | 199.5g BTH | Pipe | 1 | 1 | E/E | 3' 6" |

EXHIBIT C

CANINE NARCOTIC DETECTION TRAINING LOG

HANDLER: Pat Green
CANINE: Leo

| DATE | TYPE OF SEARCH | NARC/APPROX WT. | LOCATION | ALERT | FINDS | | COMMENTS |
|---|---|---|---|---|---|---|---|
| 7/25/13 | Industrial | 3g BTH | Wire spool | 1 | 1 | E/E | GL 10" |
| 7/25/13 | Industrial | 3.2 coc | Post stock | 1 | 1 | E/H | 4' 8" |
| 7/25/13 | Industrial | 200g meth | Guard rail Stock | 1 | 1 | E/E | 2' 6" |
| 7/25/13 | Industrial | 22.5g MJ | Fence Post | 1 | 1 | E/E | 2' 1" |
| 8/7/13 | VXT | 15.3g coc | Side box | 1 | 1 | E/E | 4.5' 18" |
| 8/7/13 | LOCO | 22.5g MJ | Hood Side | | 1 | E/H | GL 6" |
| 8/7/13 | VXT | 76.5g meth | Driver door ext. pnl | | 1 | E/E | 5' 10" |
| 8/7/13 | W-house | 3.0g BTH | table leg | 1 | 1 | E/E | 3' 0 |
| 8/7/13 | VXT | 200g meth | Spare box | 1 | 1 | E/E | 3' 6" |
| 8/22/13 | VXT | 199.5g BTH | Truck-Y/pass door | 1 | 1 | E/H | 4' 6" High find |
| 8/22/13 | VXT | 3.0g BTH | Dump Truck R/R tire | | 1 | E/E | 3' 6" |
| 8/22/13 | VXT | 3.5g MJ | P/V Toolbox | 1 | 1 | E/E | 4' 4" High find |
| 8/22/13 | VXT | 22.5g MJ | P/V Truck box | 1 | 1 | E/E | 3' 4" |
| 8/22/13 | VXT | 3g MJ | Truck Id. dth | 1 | 1 | E/E | 1' 0" |
| 8/22/13 | VXT | 92.5g BTH | Dump truck Side box | 1 | 1 | E/E | 2' 2" |
| 8/22/13 | VXT | kilo coc | Silo board | 1 | 1 | E/H | 3' 6" |
| 8/22/13 | VXT | 15.3 coc | Picture | 1 | 1 | E/E | in bed |
| 8/22/13 | VXT | 76.5 meth | Generator | 1 | 1 | G/E | 3' 6" |
| 8/22/13 | VXT | blank x 5 | vehicles | 0 | 0 | — | 5 blank vehicles |

EXHIBIT C