# CERTIFICATION RECORD



BE IT KNOWN THAT:

P. GREEN

whose signature appears below, and the dog is a member in good standing with C.N.C.A.

K-9 Name "LEO"

Tatto: _____

Breed: _____

Sex: _____

Registered I.D. # _____

Handlers Signature  9/2/11
Date

Handlers Signature  Date

Handlers Signature  Date

**CALIFORNIA NARCOTIC CANINE ASSOCIATION CERTIFIED**
☑ Marijuana ☑ Cocaine ~~Heroin~~
~~Meth~~ ~~Opium~~ ☐ _____
Date 9/2/2011  Location EL PASO, TX