# PHYSICIAN'S ORDER SHEET

I CERTIFY THAT THIS PATIENT NEEDS INPATIENT HOSPITAL SERVICES.

PHYSICIAN'S SIGNATURE _____ M.D. DATE _____

ANOTHER BRAND OF THERAPEUTICALLY EQUIVALENT PRODUCT, APPROVED BY THE PHARMACY AND THERAPEUTICS COMMITTEE, MAY BE ADMINISTERED UNLESS (SPECIFIC) IS WRITTEN AFTER THE MEDICATION ORDER.

(094360 02)

| DATE | TIME | OBSERVATION | ADMISSION |
|---|---|---|---|
| 1/2/13 | 10:00 PM | | |

① IVF → NS @ 125cc/h — Done in ER OBS
② Saline Enema — 1 liter — high rotational now and if not clear give another 1 liter in low — Done in ER
③ please inspect effluent from rectum with the police officer when pt has bowel movement
④ NPO

Eckert

| DATE | TIME | OBSERVATION | ADMISSION |
|---|---|---|---|

⑤ Pt is for OR for Flexible Sigmoidoscopy/Colonoscopy @ 1 AM 1/3/13
⑥ CBC CMP 12 lead EKG CXR as preop stat
⑦ See Judge's order for consent for this procedure.

Eckert

| DATE | TIME | OBSERVATION | ADMISSION |
|---|---|---|---|

**PHYSICIAN'S ORDERS**



PLAINTIFF'S EXHIBIT 2