# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Before the Honorable William P. Lynch, United States Magistrate Judge

### *Clerk's Minutes*

| | |
|---|---|
| **Case:** | Eckert v. City of Deming, et al. |
| **Case No.:** | 13-cv-727 JB/WPL |
| **Date:** | December 13, 2013 |

**Plaintiff:**

| | |
|---|---|
| **Attorney for Plaintiff:** | Joseph P. Kennedy |
| *Plaintiff:* | David Eckert |
| *Other:* | Janice Wadsworth (plaintiff's wife) |

**Defendants:**

| | |
|---|---|
| **Attorney for City of Deming, Bobby Orosco, Robert Chavez, & FNU Hernandez:** | Tony F. Ortiz |
| *Defendant:* | Ed Zendel (Insurer, City of Deming) |
| **Attorneys for Hidalgo County, David Arredondo, Robert Rodriguez, & Patrick Green:** | Blaine T. Mynatt & Damian L. Martinez |
| *Defendant:* | Jose J. Salazar (County Manager, Hidalgo County) |
| *Other:* | Saturnino Madero (Hidalgo County Sheriff) |
| | Randy Chavez (NMAC insurance adjuster) |
| | Robin Martinez (NMAC claims manager) |
| **Attorney for Daniel Dougherty:** | Patricia Williams |
| *Other*: | Rick Mendoza (Risk Management Division) |
| **Attorney for Gila Medical Center:** | Charles P. List |

| | |
|---|---|
| **Attorney for** | |
| **Robert Wilcox, M.D.:** | Tamara R. Safarik |
| *Defendant:* | Robert Wilcox, M.D. |
| *Other:* | Stanley T. Proctor (Claims adjuster, EmCare) |
| | |
| **Attorney for** | |
| **Okay H. Odocha, M.D.:** | Remo E. Gay |
| *Defendant*: | Okay H. Odocha, M.D. |
| *Other:* | Victoria Odocha (defendant's spouse) |
| | Michael Demers (insurance adjuster) |
| | |
| **Clerk:** | RAN |
| | |
| **Type of Proceeding:** | Settlement Conference |
| | |
| *Proceedings Commenced:* | 9:13 a.m. |
| *Court in Recess:* | 1:06 p.m. |
| *Proceedings Commenced:* | 2:00 p.m. |
| *Court in Recess:* | 4:12 p.m. |
| Total Time: | **6 hours, 5 minutes** |
| | |
| **Proceedings:** | Settlement conference held. |