IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAVID ECKERT,**

    **Plaintiff,**

v.                                                                **13-CV-00727 JB-WPL**

**THE CITY OF DEMING,**
**DEMING POLICE OFFICERS BOBBY OROSCO,**
**ROBERT CHAVEZ, and OFFICER HERNANDEZ'**
**HILDAGO [SIC] COUNTY; HILDAGO [SIC]**
**COUNTY SHERIFF OFFICERS DAVID ARREDONDO,**
**ROBERT RODRIGUEZ, and PATRICK GREEN;**
**DEPUTY DISTRICT ATTORNEY DANIEL DOUGHERTY,**
**GILA REGIONAL MEDICAL CENTER,**
**ROBERT WILCOX, M.D., and OKAY H. ODOCHA, M.D.,**

    **Defendants.**

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff David Eckert, by and through his counsel of record, KENNEDY LAW FIRM (Joseph P. Kennedy and Shannon L. Kennedy) and Defendants City of Deming, Bobby Orosco and Robert Chavez, by and through their counsel of record, TONY F. ORTIZ, LLC (Tony F. Ortiz) and Defendants Hidalgo County, David Arredondo, Patrick Green and Robert Rodriguez, by and through their counsel of record, HOLT MYNATT MARTINEZ P.C. (Damian L. Martinez and Blaine T. Mynatt), respectfully request this Court dismiss the claims against Defendants Bobby Orosco, Robert Chavez, David Arredondo, Patrick Green and Robert Rodriguez with prejudice.

As grounds therefor, movants state that Plaintiff no longer wishes to pursue his claims against the aforementioned Defendants.

HOLT MYNATT MARTÍNEZ P.C.

By: /s/ Electronically signed 12-18-13
DAMIAN L. MARTÍNEZ
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812

TONY F. ORTIZ, ATTORNEY AT LAW, LLC

By: /s/ Electronically signed 12-18-13
TONY F. ORTIZ
2011 Botulph Rd., Suite 200
Santa Fe, New Mexico 87505
(505) 986-2900

KENNEDY LAW FIRM

By: /s/ Joseph P. Kennedy
JOSEPH P. KENNEDY
SHANNON L. KENNEDY
1000 Second Street NW
Albuquerque, New Mexico 87102
(505) 244-1400

I hereby certify that a true and correct copy of the foregoing was delivered to all counsel of record on the day of its filing via the CM/ECF filing system.

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy