IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID ECKERT,

    Plaintiff,

                                                         No. CIV 13-727 JB/WPL

THE CITY OF DEMING,
DEMING POLICE OFFICERS BOBBY OROSCO,
ROBERT CHAVEZ, and OFFICER HERNANDEZ'
HILDAGO [SIC] COUNTY; HILDAGO [SIC]
COUNTY SHERIFF OFFICERS DAVID ARREDONDO,
ROBERT RODRIGUEZ, and PATRICK GREEN;
DEPUTY DISTRICT ATTORNEY DANIEL DOUGHERTY,
GILA REGIONAL MEDICAL CENTER,
ROBERT WILCOX, M.D., and OKAY H. ODOCHA, M.D.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion of the parties to dismiss Defendants Bobby Orosco, Robert Chavez, David Arredondo, Patrick Green and Robert Rodriguez with prejudice, the Court having reviewed the Motion and being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE THE ORDER OF THIS COURT that Bobby Orosco, Robert Chavez, David Arredondo, Patrick Green and Robert Rodriguez shall be and hereby are, dismissed with prejudice from this matter.

_____
UNITED STATES DISTRICT JUDGE

HOLT MYNATT MARTÍNEZ P.C.


By: /s/ Electronically signed 12-18-13
    DAMIAN L. MARTÍNEZ
    P.O. Box 2699
    Las Cruces, NM 88004-2699
    (575) 524-8812


TONY F. ORTIZ, ATTORNEY AT LAW, LLC


By: /s/ Electronically signed 12-18-13
    TONY F. ORTIZ
    2011 Botulph Rd., Suite 200
    Santa Fe, New Mexico 87505
    (505) 986-2900


KENNEDY LAW FIRM


By: /s/ Joseph P. Kennedy
    JOSEPH P. KENNEDY
    SHANNON L. KENNEDY
    1000 Second Street NW
    Albuquerque, New Mexico 87102
    (505) 244-1400