IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


DAVID ECKERT,

      Plaintiff,

v.                                                      No. CIV 13-727 JB/WPL

THE CITY OF DEMING,
DEMING POLICE OFFICERS BOBBY OROSCO,
ROBERT CHAVEZ, and OFFICER HERNANDEZ'
HILDAGO [SIC] COUNTY; HILDAGO [SIC]
COUNTY SHERIFF OFFICERS DAVID ARREDONDO,
ROBERT RODRIGUEZ, and PATRICK GREEN;
DEPUTY DISTRICT ATTORNEY DANIEL DOUGHERTY,
GILA REGIONAL MEDICAL CENTER,
ROBERT WILCOX, M.D., and OKAY H. ODOCHA, M.D.,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion of the parties to dismiss Defendants City of Deming and Hidalgo County with prejudice, the Court having reviewed the Motion and being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE THE ORDER OF THIS COURT that the City of Deming and Hidalgo County shall be and hereby are, dismissed with prejudice from this matter.

_____
UNITED STATES DISTRICT JUDGE

HOLT MYNATT MARTÍNEZ P.C.


By:   /s/ Electronically signed 12-18-13
      DAMIAN L. MARTÍNEZ
      P.O. Box 2699
      Las Cruces, NM 88004-2699
      (575) 524-8812


TONY F. ORTIZ, ATTORNEY AT LAW, LLC


By:   /s/ Electronically signed 12-18-13
      TONY F. ORTIZ
      2011 Botulph Rd., Suite 200
      Santa Fe, New Mexico 87505
      (505) 986-2900


KENNEDY LAW FIRM


By:   /s/ Joseph P. Kennedy
      JOSEPH P. KENNEDY
      SHANNON L. KENNEDY
      1000 Second Street NW
      Albuquerque, New Mexico 87102
      (505) 244-1400