## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DAVID ECKERT,

       Plaintiff,

vs.                                                                 No. CIV 13-0727 JB/WPL

DANIEL DOUGHERTY and
ROBERT WILCOX,

       Defendants.

### <u>ORDER</u>[1]

**THIS MATTER** comes before the Court on the Plaintiff's Opposed Motion to Amend Complaint, filed January 30, 2015 (Doc. 75)("Motion").  The Court held a hearing on August 20, 2015.  For the reasons stated at the hearing, the Court will deny the Motion.

**IT IS ORDERED** that the Plaintiff's Opposed Motion to Amend Complaint, filed January 30, 2015 (Doc. 75), is denied.

 

 

_____
UNITED STATES DISTRICT JUDGE

---

[1]This Order disposes of the Plaintiff's Opposed Motion to Amend Complaint, filed January 30, 2015 (Doc. 75).  The Court will, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

*Counsel:*

Joseph P. Kennedy
Shannon L. Kennedy
Laura Schauer Ives
Kennedy, Kennedy & Ives, LLC
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

Patricia Williams
Wiggins, Williams & Wiggins
Albuquerque, New Mexico

      *Attorneys for Defendant Daniel Dougherty*

Tamara R. Safarik
McClaugherty & Silver, P.C.
Santa Fe, New Mexico

      *Attorneys for Defendant Robert Wilcox*